UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 8:17-cr-114-T-36JSS

JULIO CESAR CHANCAY QUIMIS
_____/

**ORDER**

THIS MATTER is before the Court for a determination of Defendant's competency to stand trial under 18 U.S.C. § 4241, subsequent to Defendant's remand to the custody of the Attorney General under 18 U.S.C. § 4241. (Dkt. 77.) After more than three months of observation, testing, and clinical interviews by the medical staff at the Federal Medical Center in Butner, North Carolina, the Warden at the facility certified that Defendant is competent to proceed to trial in this case. (Dkt. 116-1.) Now that both sides have been furnished with a copy of that report, Defendant concedes he is competent, and neither he nor the Government demand a formal competency hearing. *See* 18 U.S.C. § 4241(d). Accordingly, given his concession and for the reasons stated at today's hearing on the issue, it is **ORDERED** that Defendant is presently competent in that he can understand the nature and consequences of the proceedings against him and assist properly in his defense. Accordingly, Defendant is remanded to the custody of the United States Marshals Service for further proceedings in this case.

**DONE** and **ORDERED** in Tampa, Florida, on June 4, 2018.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record